IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER HOFFMAN, JOSHEWA SINK, | : : : | Civil Action No. 4:14-CV-1978 |
| Plaintiff, | : : | (Judge Brann) |
| v. | : : | |
| STATE FARM FIRE AND CASUALTY COMPANY, | : : : : | (Chief Magistrate Judge Carlson) |
| Defendant. | : | |

**ORDER**

January 21, 2015

On December 10, 2014, Chief Magistrate Martin C. Carlson filed a report and recommendation with this Court recommending that Defendant's Motion to Dismiss Plaintiffs' complaint be granted in part and denied in part.

Despite the fact that this Court has *de novo* review of a report and recommendation, neither party objected to the Chief Magistrate Judge's recommendation, and the time to do so has since passed.

This Court has reviewed in detail the thorough report and recommendation of the Chief Magistrate Judge, and, finding no error of law, the undersigned will conserve judicial resources and will not rehash the sound reasoning of the

1

magistrate judge.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Chief Magistrate Judge Carlson's December 10, 2014 Report and Recommendation is ADOPTED in full.  ECF No. 9.

2. Defendant's October 20, 2014 Motion to Dismiss is GRANTED in part and DENIED in part.

3. Insofar as Plaintiffs' Count I claim is for attorney's fees, it is dismissed, the remainder of Count I remains.

4. Insofar as Plaintiffs' Count II claim is for emotional distress, it is dismissed, the remainder of Count II remains.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge